People of the State of Illinois, Plaintiff-Appellee, v. Edwin Dixon (Impleaded), Defendant-Appellant.

Gen. No. 52,824. (Abstract of Decision.)

First District, Second Division.

June 10, 1969.

Gerald W. Getty, Public Defender of Cook County, of Chicago (John E. Hughes, Shelvin Singer, and James J. Doherty, Assistant Public Defenders, of counsel), for appellant; Edward V. Hanrahan, State's Attorney of Cook County, of Chicago (Elmer C. Kissane and James B. Haddad, Assistant State's Attorneys, of counsel), for appellee. Opinion by JUSTICE McCORMICK. Not to be published in full.